Dismissed and Memorandum Opinion filed August 27,
2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00175-CV

____________

 

SUSAN SMITH, Appellant

 

V.

 

ARTISAN, INC., Appellee

 



 

On Appeal from the
190th District Court

Harris County,
Texas

Trial Court Cause
No. 2007-53477

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed November 21, 2008. 
On May 14, 2009, this court ordered the parties to mediate this case.  On July
10, 2009, appellant notified this court that the case had settled and a motion
to dismiss would be filed when the final settlement documents were completed. 
On August 21, 2009, the parties filed a joint motion to dismiss the appeal.  See
Tex. R. App. P. 42.1.  The motion
is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice
Hedges and Justices Seymore and Sullivan.